UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                          )
                                )
ANDRE BROWN                     )
LATONYA PATRICE BROWN,          )
                                )   Case No. 08 B 18479
         Debtor(s).             )

## ORDER FIXING A HEARING DATE OF APRIL 16, 2009 AT 11:00 A.M. AS A FINAL HEARING FOR DAVID T. ODOM TO PURGE HIMSELF OF CONTEMPT OR FACE ARREST BY THE UNITED STATES MARSHALS SERVICE

To: David T. Odom                    David T. Odom
    David T. Odom & Associates       c/o City Scope Productions LLC
    24724 Royal Lytham Drive         24724 Royal Lytham Drive
    Naperville, Illinois 60564       Naperville, Illinois 60564-8100

On January 27, 2009, the Court held a hearing on rule to show cause for failure of counsel to file electronically a Notice of Motion and Motion to Reopen Chapter 7 case pursuant to *Notice of Mandatory Electronic Filing Effective July 1, 2005*. David Odom failed to appear at the hearing. On February 4, 2009 the Court entered an order finding David Odom in contempt of court and a hearing was set for February 24, 2009 to allow David Odom to purge himself of the contempt. Again, Mr. Odom failed to appear. On March 6, 2009 the Court entered an order imposing a fine of $50.00 a day on David Odom until he purged himself of contempt and ordered Mr. Odom to appear before the Court on March 24, 2009 at 11:00 a.m. Mr. Odom did not appear.

**IT IS FURTHER ORDERED** that David T. Odom shall appear before the Honorable Judge Carol A. Doyle, or any judge sitting in her place, in Courtroom 742, of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois on April 16, 2009 at 11:00 a.m., to purge himself of this contempt and to provide the court with proof of the payment of the fine to the Clerk of the Bankruptcy Court.

**Failure to appear at the hearing WILL result in the United States Marshals Service enforcing this order by body attachment (arrest) of David T. Odom.**

Dated: March 24, 2009

ENTER:

Carol A. Doyle
United States Bankruptcy Judge